225 So.2d 200

**Lenwood CARROLL**

v.

**STATE.**

**4 Div. 356.**

Supreme Court of Alabama.

March 27, 1969.

Rehearing Denied Aug. 7, 1969.

Certiorari to Court of Appeals.

Jas. M. Prestwood, Andalusia, for petitioner.

MacDonald Gallion, Atty. Gen., and Richard F. Calhoun, Asst. Atty. Gen., opposed.

**728**

LIVINGSTON, Chief Justice.

Petition of Lenwood Carroll for certiorari to the Court of Appeals to review and revise the judgment and decision in Carroll v. State, 45 Ala.App. 92, 225 So.2d 198.

Writ denied.

LAWSON, MERRILL and HARWOOD, JJ., concur.